# IN THE SUPREME COURT OF THE STATE OF NEVADA

MATTHEW TODD LANKFORD,
          Appellant,
    vs.
RENEE MARIE BURKE,
          Respondent.

No. 77829

FILED

OCT 18 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order modifying child custody and child support. Eighth Judicial District Court, Family Court Division, Clark County; Rebecca Burton, Judge.

This court previously referred appellant for the appointment of pro bono counsel. However, on June 17, 2019, the copy of this court's June 4, 2019, order sent to appellant was returned by the United States Postal Service with the notation "Return to Sender, Deceased, Unable to Forward, Return to Sender." On July 9, 2019, after the Legal Aid Center informed this court that it was unable to contact appellant after multiple attempts, this court ordered this appeal to proceed with appellant in pro se. The copy of the July 9, 2019, order sent to appellant was returned by the United States Postal Service with the notation "Return to Sender, Attempted-Not Known, Unable to Forward."

On September 3, 2019, this court entered an order directing appellant to file and serve the fast track statement by September 17, 2019. This court cautioned that failure to timely file the fast track statement could

19-43217

result in the dismissal of this appeal as abandoned. The copy of the order sent to appellant was returned by the United States Postal Service with the notation "Return to Sender, Deceased, Unable to Forward, Return to Sender."

Under these circumstances, it appears that appellant is either deceased[1] or has abandoned this appeal. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.      _____, J.
Stiglich                         Silver


cc:     Hon. Rebecca Burton, District Judge, Family Court Division
        Matthew Todd Lankford
        Kenneth M. Robbins
        Eighth District Court Clerk

---

[1]In its July 9, 2019, order, this court directed counsel for respondent to file a suggestion of death on the record within 30 days if counsel was aware that appellant was deceased. No suggestion of death on the record has been filed.

SUPREME COURT
OF
NEVADA

(O) 1947A